9/3/2015         TDCJ Offender Details

*03,247-02*

 **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     **TDCJ Home**    **Q**   New Offender Search

# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 03785097 |
| **TDCJ Number:** | 00738709 |
| **Name:** | MITCHELL,ARTHUR LAMAR |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1961-07-16 |
| **Maximum Sentence Date:** | 2036-01-07 |
| **Current Facility:** | LEBLANC |
| **Projected Release Date:** | 2021-09-03 |
| **Parole Eligibility Date:** | 2010-11-04 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day*
*on visitation days.* **Because this information is subject to change, family members and**
**friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

## Offense History:

| Offense | Sentence | Case | Sentence (YY-MM- |
|---|---|---|---|